TODD BLANCHE
U.S. Deputy Attorney General
JORDAN FOX
Chief of Staff & Associate Deputy
Attorney General
Special Attorney
DAVID INKELES
Assistant United States Attorney
970 Broad Street, Ste. 700
Newark, New Jersey 07102
Telephone: (973) 645-2813
David.Inkeles@usdoj.gov
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| WESTFIELD FOOT AND ANKLE SPECIALISTS, LLC,<br><br>*Plaintiff,*<br><br>vs.<br><br>MEHMET OZ, et al.,<br><br>*Defendants.* | HON. WILLIAM J. MARTINI, U.S.D.J.<br><br>Civil Action No. 25-3948<br><br>**Stipulation of Dismissal With Prejudice** |

IT IS HEREBY STIPUALTED AND AGREED, by the parties, through their attorneys, that the above-captioned lawsuit be dismissed in its entirety, with prejudice, and with each party bearing its own costs, expenses, and fees.

**[SIGNATURES APPEAR ON NEXT PAGE]**

STAHL & DELAURENTIS, P.C.

TODD BLANCHE
U.S. Deputy Attorney General

JORDAN FOX
Chief of Staff & Associate Deputy
Attorney General
Special Attorney

By: /s/ Sharon Galpern
SHARON GALPERN
DOMINIC A. DELAURENTIS
*Attorneys for Plaintiff*

Dated: January 2, 2026

By: /s/ David Inkeles
DAVID INKELES
Assistant U.S. Attorney
*Attorneys for Defendants*

Dated: January 2, 2026

**SO ORDERED:**

HON. WILLIAM J. MARTINI
UNITED STATES DISTRICT JUDGE

**DATE:** 1/5/2026